UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EZEQUIEL ARROYO,

V.                          CIVIL ACTION NO. 005-11277-DPW

BERNARD BRADY
Superintendent of Old Colony
Correctional Center

## ORDER

WOODLOCK, District Judge

Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Petition for a Writ of Habeas Corpus,** by mailing a copies of same, certified mail, to the Respondent and the Attorney General for the Commonwealth of Massachusetts.

It is Further Ordered that the Respondent shall, within 20 days of receipt of this Order, but no later than **12:00 NOON ON JULY 29, 2005, ELECTRONICALLY** file a motion to dismiss or other dispositive motion to the Petition for a Writ of Habeas Corpus. The Respondent may file an Answer or other responsive pleading, in addition to, but not in lieu of, the filing of a dispositive motion within the time period prescribed herein.

The Court further requests the Respondent, as part of the response, to file such documents which reflect on the issue as to whether Petitioner(s) exhausted available state remedies with respect to the matters raised by the Petition.

DOUGLAS P. WOODLOCK
United States District Judge

By:  /s/ Michelle Rynne
Deputy Clerk

Date: June 29, 2005