## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EZEQUIEL ARROYO ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11277-DPW |
| ) | |
| BERNARD BRADY ) | |
| Respondent. ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

### RESPONDENT'S SUPPLEMENTAL ANSWER

**Volume I**

1. Docket sheets, Commonwealth v. Ezequiel Arroyo, SUCR1998-11021.

2. Brief and record appendix on appeal to the Massachusetts Supreme Judicial Court (SJC-08991).

3. Brief for the Commonwealth of Massachusetts on appeal to the Massachusetts Supreme Judicial Court (SJC-08991).

4. Reply brief of defendant.

5. *Commonwealth v. Arroyo*, 442 Mass. 135, 810 N.E.2d 1201 (2004).

6. Petition for Rehearing.

7. Denial of Rehearing.

**Volume II**

1. Trial transcript, day two, January 17, 2002[1]

2. Trial transcript, day three, January 18, 2002

3. Trial transcript, day four, January 22, 2002

4. Trial transcript, day five, January 23, 2002

5. Trial transcript, day six, January 24, 2002

6. Sentencing transcript, January 28, 2002

>Respectfully submitted,
>THOMAS F. REILLY
>ATTORNEY GENERAL
>
>/s/ Susanne G. Reardon
>Susanne G. Reardon
>Assistant Attorney General
>Criminal Bureau
>One Ashburton Place
>Boston, Massachusetts 02108
>(617) 727-2200
>BBO No. 561669

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon Donald Harwood, 305 Broadway, 7th Floor, New York, NY 10003, by first class mail, postage pre-paid, on July 28, 2005.

>/s/ Susanne G. Reardon
>Susanne G. Reardon
>Assistant Attorney General

---

[1] Transcript volume one, jury impanelment, is not included in this supplemental answer because the petitioner has raised no claim concerning the impanelment phase of the trial.