# ITKOWITZ & HARWOOD

305 BROADWAY
7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (212) 822-1400
Facsimile: (212) 822-1409
WEB ADDRESS: WWW.ITKOWITZ.COM

National Newark Building
744 Broad Street
Newark, New Jersey 12060

28 Park Row
Chatham, New York 12037
(518) 392-0700

Jay B. Itkowitz
Donald A. Harwood+
Michelle A. Maratto

Writer's Direct Contact Information:
Donald Harwood ext. 109
Desktop Fax: (212) 822-1409
Daharwood1@aol.com

+Also Admitted in Mass.

**BY OVERNIGHT MAIL**

August 19, 2005

Honorable Douglas P. Woodlock,
United States District Judge
United States District Court
One Courthouse Way
Boston, MA 02210

    Re:  Arroyo v. Brady, No. 05-11277-DPW

Dear Judge Woodlock:

    I am counsel for the Petitioner, Ezequiel Arroyo.

    With the consent of the Assistant Attorney General handling this case, Susanne Reardon, I respectfully request through and including September 3, 2005, to file Petitioner's Reply to Respondent's Memorandum of Law Opposing the Petition. Respondent's 28-page Memorandum was received on or about August 2, 2005; additional time is necessary to prepare a reply, including because of counsel's long-planned vacation schedule.

    Thank you for your kind attention to this matter.

    Sincerely,

    Donald A. Harwood
    Mass. BBO# 225110

Cc:  Susanne Reardon, Assistant Attorney General