# ITKOWITZ & HARWOOD

305 BROADWAY
7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (212) 822-1400
Facsimile: (212) 822-1409
WEB ADDRESS: WWW.ITKOWITZ.COM

National Newark Building
744 Broad Street
Newark, New Jersey 12060

Jay B. Itkowitz
Donald A. Harwood+
Michelle A. Maratto

+Also Admitted in Mass.

28 Park Row
Chatham, New York 12037
(518) 392-0700

Writer's Direct Contact Information:
Donald Harwood ext. 109
Desktop Fax: (212) 822-1409
Daharwood1@aol.com

**BY OVERNIGHT MAIL**

September 2, 2005

Honorable Douglas P. Woodlock,
United States District Judge
United States District Court
One Courthouse Way
Boston, MA 02210

Re:  Arroyo v. Brady, No. 05-11277-DPW

Dear Judge Woodlock:

As your Honor is aware, I am counsel for the Petitioner, Ezequiel Arroyo.

With the gracious consent of the Assistant Attorney General handling this case, Susanne Reardon, I respectfully request an additional week, through and including September 9, 2005, to file Petitioner's Reply to Respondent's Memorandum of Law Opposing the Petition. Respondent's 28-page Memorandum was received on or about August 2, 2005. Substantial research and work has been done, but additional time is necessary to prepare a reply, including because of the complexity of several of the issues raised by Respondent's opposition. No further requests for extension will be made.

Thank you for your consideration of this matter.

Sincerely,

Donald A. Harwood
Mass. BBO# 225110

Cc:  Susanne Reardon, Assistant Attorney General