UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
EZEQUIEL ARROYO,              )
     Petitioner,              )
                              )      CIVIL ACTION NO.
     v.                       )      05-11277-DPW
                              )
BERNARD BRADY,                )
     Respondent.              )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued April 12, 2006, denying the Petitioner's petition for habeas relief, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                  BY THE COURT,

                                  /s/ Michelle Rynne
                                  Deputy Clerk

DATED: April 12, 2006