UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
EZEQUIEL ARROYO,              )
        Petitioner,           )
                              )
v.                            )   CIVIL ACTION NO.
                              )   05-11277-DPW
BERNARD BRADY,                )
        Respondent.           )
                              )
```

FILED CLERKS OFFICE
2006 MAY -4  A 11:46
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO WAIVE FILING FEE

Now comes Petitioner, Ezequiel Arroyo, and moves this Honorable Court to waive the filing fee for his notice of appeal as he is indigent and already has appointed counsel, Donald A. Harwood, whose CPCS Notice of Assignment Number is #C31858805

Signed under penalty of perjury this 3rd day of May, 2006.

By his attorney,

DONALD A. HARWOOD, ESQ.
BBO# 225110
305 Broadway
New York, NY  10007
(212) 822-1400

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached Notice of Appeal was served upon Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid, on May 3, 2006.

DONALD A. HARWOOD