UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EZEQUIEL ARROYO, )
      Petitioner, )
)
v. ) CIVIL ACTION NO.
) 05-11277-DPW
BERNARD BRADY, )
      Respondent. )
)

### NOTICE OF APPEAL

Now comes Petitioner, Ezequiel Arroyo, and files this Notice of Appeal of the Court's Order of Dismissal dated April 12, 2006, and underlying Memorandum and Order dated April 11, 2006, dismissing Petitioner's petition for habeas relief from a state court conviction.

By his attorney,

_____
DONALD A. HARWOOD, ESQ.
BBO# 225110
305 Broadway
New York, NY  10007
(212) 822-1400

May 3, 2006

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached Notice of Appeal was served upon Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108, by first class mail, postage prepaid, on May 3, 2006.

_____
DONALD A. HARWOOD