## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11277

Ezequiel Arroyo

v.

Bernard Brady

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-14

and contained in Volume(s) I & II are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/4/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 17, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/17/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11277-DPW

Arroyo v. Brady
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/17/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Ezequiel Arroyo**

represented by **Donald A. Harwood**
Itkowitz & Harwood
28 Park Row
Chatham, NY 12060
518-392-0700
Email: daharwood1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bernard Brady**
*as he is the superintendent of Old Colony Correctional Center*

represented by **Susanne G. Reardon**
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email:
susanne.reardon@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 65094, filed by Ezequiel Arroyo. (Attachments: # 1 Cover Sheet)(Nici, Richard) (Entered: |

| | | |
|---|---|---|
| | | 06/20/2005) |
| 06/17/2005 | 🔍 | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Nici, Richard) (Entered: 06/20/2005) |
| 06/17/2005 | 2 | MEMORANDUM OF LAW by Ezequiel Arroyo to 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Part 2) (Nici, Richard) (Entered: 06/20/2005) |
| 06/20/2005 | 🔍 | Remark Sent a copy of the 2254 to Respondant and State Attorney General (Nici, Richard) (Entered: 06/20/2005) |
| 06/29/2005 | 3 | Judge Douglas P. Woodlock : ORDER entered. SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Rynne, Michelle) (Entered: 06/29/2005) |
| 07/28/2005 | 4 | RESPONSE/ANSWER to *habeas corpus petition* by Bernard Brady. (Reardon, Susanne) (Entered: 07/28/2005) |
| 07/28/2005 | 5 | NOTICE by Bernard Brady *of supplemental answer filed by mail* (Reardon, Susanne) (Entered: 07/28/2005) |
| 07/29/2005 | 6 | MEMORANDUM OF LAW by Bernard Brady. (Reardon, Susanne) (Entered: 07/29/2005) |
| 07/29/2005 | 7 | Supplemental ANSWER to Complaint Volume 1 & 2 by Bernard Brady. Bound and Unscannable.(Nici, Richard) (Entered: 08/01/2005) |
| 08/24/2005 | 🔍 | Judge Douglas P. Woodlock : Electronic ORDER entered. ELECTRONIC ORDER REQUIRING ELECTRONIC FILING. It is hereby ORDERED that, unless leave is granted, upon good cause shown, to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is |

|  |  | his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately(Nici, Richard). (Entered: 08/24/2005) |
|---|---|---|
| 08/25/2005 | 8 | Letter/request (non-motion) from Donald A. Harwood. (Nici, Richard) (Entered: 08/25/2005) |
| 09/06/2005 | 9 | Letter/request (non-motion) from Donald A. Harwood. (Nici, Richard) (Entered: 09/07/2005) |
| 09/09/2005 | 10 | Petitioner's reply MEMORANDUM OF LAW to respondent's memorandum in opposition to the petition for Habeas Corpus by Ezequiel Arroyo to 2 Memorandum of Law. (Nici, Richard) (Entered: 09/13/2005) |
| 04/12/2006 | 11 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered dismissing case. (Woodlock, Douglas) (Entered: 04/12/2006) |
| 04/12/2006 | 12 | Judge Douglas P. Woodlock : ORDER OF DISMISSAL entered. (Rynne, Michelle) (Entered: 04/12/2006) |
| 05/04/2006 | 13 | MOTION for waiver of fee by Ezequiel Arroyo.(Nici, Richard) (Entered: 05/05/2006) |
| 05/04/2006 | 14 | NOTICE OF APPEAL as to 11 Order Dismissing Case by Ezequiel Arroyo. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/24/2006. (Nici, Richard) (Entered: 05/05/2006) |
| 05/09/2006 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 13 Motion to waive filing fee for notice of appeal. (Rynne, Michelle) (Entered: 05/09/2006) |